CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY 18 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT VICTOR ST. PIERRE, )<br>)<br>Defendant. ) | Case No. 1:06cr00076-003<br><br>**ORDER**<br><br>By: GLEN M. WILLIAMS<br>Senior United States District Judge |

This case is currently before the court on the defendant's motion to suppress, (Docket Item No. 57), ("the Motion"), filed on March 12, 2007. The case was referred, pursuant to 28 U.S.C. § 636(b)(1)(B), to the Honorable Pamela Meade Sargent, United States Magistrate Judge. On April 20, 2007, the Magistrate Judge filed a report, (Docket Item No. 71), ("the Report"), recommending that the Motion be denied. Objections to the Report were due by May 9, 2007; however, no objections have been filed. Upon a review of the record, the court is of the opinion that the Report should be **ACCEPTED**.

For the reasons detailed in the Magistrate Judge's Report, the Motion is hereby **DENIED.** The Clerk is directed to enter this Order and send certified copies to all counsel of record.

ENTER: This 17 day of May, 2007.

_Glen M. Williams_

THE HONORABLE GLEN M. WILLIAMS
SENIOR UNITED STATES DISTRICT JUDGE